FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 2:17-CR-114-RMP |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| RODOLFO LEMUS-AGUILERA | |
| Defendant. | |

BEFORE THE COURT are motions by the Government to dismiss the

Indictment in this case without prejudice pursuant to Fed. R. Crim. P. Rule 48(a),

ECF No. 54, and a motion by Defendant to dismiss the Indictment with prejudice

for constitutional deficiencies in the underlying deportation, ECF No. 52. On

February 28, 2018, Defendant filed a notice of his decision to withdraw his own

motion to dismiss and consent to the dismissal without prejudice that the

Government seeks. ECF No. 58.

When a defendant consents to the government's move to dismiss, the district

court's discretion to deny the government's motion is tightly constrained, if it

ORDER OF DISMISSAL ~ 1

exists at all. *See Rinaldi v. United States*, 434 U.S. 22, 29 n. 15 (1977) (per curiam) (reserving judgment on the question of whether a district court has any discretion to deny an uncontested motion to dismiss under Rule 48(a)); *United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1008 (9th Cir. 2000); *United States v. Gonzalez*, 58 F.3d 459, 462 (9th Cir. 1995). The only circumstance that the Ninth Circuit has thus far articulated as a basis to reject an uncontested motion to dismiss without prejudice from the government is when the prosecution's reasons for dismissal are "clearly contrary to manifest public interest." *Gonzalez*, 58 F.3d at 461.

The Court notes Defendant's consent to the Government's motion for dismissal and, further, does not find any indication that dismissal without prejudice under Rule 48(a) contravenes the "manifest public interest." *See Gonzalez*, 58 F.3d at 461.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 52**, is **STRICKEN**.

2. The Government's Motion to Dismiss Pursuant to Rule 48(a), **ECF No. 54**, is **GRANTED**.

3. The Indictment, ECF No. 33, is **dismissed without prejudice**.

/ / /

/ / /

/ / /

ORDER OF DISMISSAL ~ 2

4. Any pending motions are **denied as moot** and all upcoming deadlines and hearings are **vacated**.

The District Court Clerk is directed to enter this Order and provide copies to counsel, and **close this case**.

**DATED** March 1, 2018.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL ~ 3